FRANKLIN BARRY, as Limited Administrator of the Estate of THOMAS BARRY, Deceased, Respondent, *v.* DARWIN J. WATERSTRAW, Appellant.

Argued March 1, 1948; decided March 18, 1948.

*Leo J. Rice* for appellant.
*Harry A. Sessions* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.